1  AARON D. FORD
     Attorney General
2  HENRY H. KIM (Bar No. 14390)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6  Email: hkim@ag.nv.gov

7  *Attorneys for Defendants*
   *James Dzurenda, Bob Faulkner,*
8  *Martin Naughton, and Frances Oakman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jaysen Patterson,<br><br>        Plaintiff,<br><br>v.<br><br>Romeo Aranas, *et al.*,<br><br>        Defendants. | Case No. 2:18-cv-02191-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>ECF No. 22 |

It is hereby stipulated and agreed by and between Plaintiff, Jaysen Patterson, and Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Henry H. Kim, Deputy Attorney General, that the Second Amended Civil Rights Complaint in

/ / /

/ / /

/ / /

the above captioned matter be dismissed in its entirety with prejudice. Each party shall bear their own attorney's fees and costs.

_____
Jaysen Patterson, Plaintiff
Pro Se

Dated: 3/29/20

AARON D. FORD
Attorney General

By: _____
Henry H. Kim (Bar No. 14390)
Deputy Attorney General
Attorneys for Defendants

Dated: April 1, 2020

## ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 2, 2020